**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IYAD YASIN DAR HAMAD #A060-846-768**        **CASE NO.  1:25-CV-02043 SEC P**

**VERSUS**                                    **JUDGE EDWARDS**

**KRISTI NOEM ET AL**                         **MAGISTRATE JUDGE PEREZ-MONTES**

**ORDER**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that no responsive pleadings have been filed or default entered within sixty (60) days after service of the summons and complaint and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE June 12, 2026.

Daniel J. McCoy
Clerk of Court